B6A (Official Form 6A) (12/07)

In re  **Graciela C. Argote**                                          Case No. _____
                                                                                        (if known)

*AMENDED 11/15/2013*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 8660 N.W. 5th Terr Aptl #107 Miami, Fl 33126 Value Estimated by Zillow | Fee-Simple | W | $149,000.00 | $163,920.00 |
| 4425 SW 160 Ave #200 Miramar, Fl 33027 Value Estimated by Zillow | Fee-Simple | W | $184,000.00 | $205,089.31 |
| | | | Total: **$333,000.00** | |

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Graciela C. Argote**                                    Case No. _____

                                                                                (if known)

*AMENDED 11/15/2013*
# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **112210254**<br><br>**Bank of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | W | DATE INCURRED: **08/01/2005**<br>NATURE OF LIEN:<br>**Fee-Simple**<br>COLLATERAL:<br>**8660 NW 54 Terr #107 Miami, Fl 331**<br>REMARKS:<br>**Credit Line on property; 8660 NW**<br>**54th Terr #197**<br>**Miami, FL 33126**<br><br>VALUE: **$149,000.00** | | | X | $163,920.00 | $14,920.00 |
| ACCT #: **3443**<br><br>**Ocwen Loan Servicing**<br>**16661 Worthington Rd Ste 100**<br>**West Palm Beach, Fl 33409** | | W | DATE INCURRED: **01/01/2009**<br>NATURE OF LIEN:<br>**Fee-Simple**<br>COLLATERAL:<br>**4425 SW 160 Ave #200 Miramar, Fl**<br>REMARKS:<br><br>VALUE: **$184,000.00** | | | X | $205,089.31 | $21,089.31 |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $369,009.31 | $36,009.31 |
| | | | Total (Use only on last page) > | | | | $369,009.31 | $36,009.31 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities)

B6F (Official Form 6F) (12/07)

In re  **Graciela C. Argote**                                    Case No. _____
                                                                                              (if known)

*AMENDED 11/15/2013*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **27690197**<br>**ARS**<br>**PO Box 469046**<br>**Escondido, CA 92046** | | H | DATE INCURRED:  **01/27/2010**<br>CONSIDERATION:<br>**Collecting for -Capital One Bank**<br>REMARKS: | | | X | $1,226.56 |
| ACCT #:  **122953426**<br>**Asset Acceptance llc**<br>**Po Box 1630**<br>**Warren, MI 48090** | | W | DATE INCURRED:  **10/01/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $8,225.00 |
| ACCT #:  **4427-1000-2993-9910**<br>**Bank of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | W | DATE INCURRED:  **09/01/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1.00 |
| ACCT #:  **5329-0639-9936-2453**<br>**Bank of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | W | DATE INCURRED:  **08/01/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1.00 |
| ACCT #:  **112210254**<br>**Bank of America N.A.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | W | DATE INCURRED:  **08/09/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1.00 |
| ACCT #:  **112210262**<br>**Bank of America, N.A.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | W | DATE INCURRED:  **08/01/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1.00 |
| | | | | | Subtotal > | | $9,455.56 |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____**5**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Graciela C. Argote**

Case No. _____
(if known)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5084935700001**<br>**Bmo Harris Bank**<br>**401 North Executive Drive**<br>**Brookfield, WI 53008** | | W | DATE INCURRED:  **05/12/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1.00 |
| ACCT #:  **4862-3623-8060-6981**<br>**Capitol One**<br>**Po Box 71083**<br>**Charlotte, NC 28272** | | W | DATE INCURRED:  **11/01/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1,226.00 |
| ACCT #:  **5178-0572-4885-6853**<br>**Capitol One**<br>**Po Box 85520**<br>**Richmond, VA 32385** | | W | DATE INCURRED:  **11/01/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $978.00 |
| ACCT #:  **17407087**<br>**Cavalry Portfolio Serv**<br>**500 Summit Lake Dr**<br>**Valhalla, NY 10595** | | W | DATE INCURRED:  **02/01/2012**<br>CONSIDERATION:<br>**Collecting for -Bank of America**<br>REMARKS: | | | X | $36,972.00 |
| ACCT #:  **6070906225180117**<br>**Citifinancial**<br>**300 Saint Paul Pl.**<br>**Baltimore, MD 21202** | | W | DATE INCURRED:  **08/01/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1.00 |
| ACCT #:  **5856381006399603**<br>**City Furniture**<br>**Po Box 182789**<br>**Columbus, OH 43218** | | W | DATE INCURRED:  **04/07/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1.00 |

Sheet no. __**1**__ of **5**__ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $39,179.00

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Graciela C. Argote**                    Case No. _____
                                                        (if known)

AMENDED 11/15/2013
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **585637781020** **Comenity Bank** 4590 E. Broad St. Columbus, OH 43213 | | W | DATE INCURRED: **04/01/2004** CONSIDERATION: **Credit Card** REMARKS: | | | X | $1.00 |
| ACCT #: **09-32901** **Countrywide Home Loans** P.O. Box 660694 Dallas, TX 75266 | | W | DATE INCURRED: **01/01/2010** CONSIDERATION: **Notice Only** REMARKS: | | | X | $130,000.00 |
| ACCT #: **5178-0077-3315-5204** **First Premier Bank** 601 S Minnesota Ave Sioux Falls, SD 57104 | | W | DATE INCURRED: **11/01/2008** CONSIDERATION: **Credit Card** REMARKS: | | | X | $401.00 |
| ACCT #: **38197898** **Ford Motor Credit** Po Box 542000 Omaha, NE 68154 | | W | DATE INCURRED: **11/01/2004** CONSIDERATION: **Credit Card** REMARKS: | | | X | $1.00 |
| ACCT #: **5204** **Genesis Financial Solution** PO Box 4865 Beaverton, OR 97076 | | W | DATE INCURRED: **01/01/2008** CONSIDERATION: **Collecting for -First Premier Bank** REMARKS: | | | X | $401.19 |
| ACCT #: **100005545** **Guaranty Bank** 4000 West Brown Deer Rd Brown Deer, WI 53209 | | W | DATE INCURRED: **04/01/2007** CONSIDERATION: **Collecting for -Fifth Third Bank** REMARKS: | | | X | $73,811.00 |

Sheet no. __2__ of __5__ continuation sheets attached to                    Subtotal >   **$204,615.19**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        Total >
                            (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Graciela C. Argote**                                Case No. _____
                                                                        (if known)

*AMENDED 11/15/2013*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **100005545**<br>**Guaranty Bank**<br>**4000 West Brown Deer Road**<br>**Brown Deer, WI 53209** | | W | DATE INCURRED:  **10/07/2009**<br>CONSIDERATION:<br>**Credit Line**<br>REMARKS: | | | X | **$70,000.00** |
| ACCT #:  **60315084**<br>**Guaranty Savings Bank**<br>**4000 W. Brown Deer Rd**<br>**Brown Deer, WI 53209** | | W | DATE INCURRED:  **05/12/2006**<br>CONSIDERATION:<br>**Collecting for -Gn Mortgage**<br>REMARKS: | | | X | **$1.00** |
| ACCT #:  **28401777001**<br>**IC Systems**<br>**Po Box 64378**<br>**Saint Paul, MN 55164** | | W | DATE INCURRED:  **03/28/2010**<br>CONSIDERATION:<br>**Collecting for -Progress Energy Carolinas**<br>REMARKS: | | | X | **$126.00** |
| ACCT #:  **4791378383920**<br>**Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | W | DATE INCURRED:  **05/01/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$836.00** |
| ACCT #:  **25005745427**<br>**Nissan Infiniti**<br>**2901 Kinwest Pkwy**<br>**Irving, TX 75063** | | W | DATE INCURRED:  **11/01/2010**<br>CONSIDERATION:<br>**Collecting for -Nissan Dealer**<br>REMARKS: | | | X | **$9,037.00** |
| ACCT #:  **6853**<br>**Northland Group**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | W | DATE INCURRED:  **01/20/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$978.13** |

Sheet no. __3__ of __5__ continuation sheets attached to                    Subtotal >     **$80,978.13**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
                                                    (Use only on last page of the completed Schedule F.)
                                            (Report also on Summary of Schedules and, if applicable, on the
                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Graciela C. Argote**

Case No. _____

(if known)

*AMENDED 11/15/2013*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **7010860000404946**<br>**Online Collections**<br>**Po Box 1489**<br>**Winterville, NC 28590** | | W | DATE INCURRED:  **07/01/2012**<br>CONSIDERATION:<br>**Collecting for -Progress Energy Carolinas**<br>REMARKS: | | | X | $126.00 |
| ACCT #:  **01320101001287509**<br>**Primary Financial Services**<br>**3141 North Third Ave Suite C1**<br>**Phoenix, AZ 85013** | | W | DATE INCURRED:  **04/10/2007**<br>CONSIDERATION:<br>**Collecting for -Wells Fargo Formerly Wachovia**<br>REMARKS: | | | X | $7,165.27 |
| ACCT #:  **1320101001287509**<br>**Primary Finc**<br>**3115 N. 3rd Ave**<br>**Phoenix, AZ 85013** | | W | DATE INCURRED:  **01/01/2010**<br>CONSIDERATION:<br>**Collecting for -Wells Fargo Bank**<br>REMARKS: | | | X | $7,165.00 |
| ACCT #:  **6035365075687254**<br>**Radio/CBNA**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | W | DATE INCURRED:  **04/01/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1.00 |
| ACCT #:  **4386-5403-1429-3011**<br>**Wachovia**<br>**Po Box 3117**<br>**Sioux Falls, SD 57117** | | W | DATE INCURRED:  **12/01/2007**<br>CONSIDERATION:<br>**Home Equity Credit Line**<br>REMARKS: | | | X | $39,815.00 |
| ACCT #:  **320101001287509**<br>**Wachovia**<br>**Po Box 3117**<br>**Sioux Falls, SD 57117** | | W | DATE INCURRED:  **09/01/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1.00 |

Sheet no. __**4**__ of **5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $54,273.27

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Graciela C. Argote**                    Case No. _____
                                                                    (if known)

*AMENDED 11/15/2013*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **65065091939870001**<br>**Wells Fargo Bank**<br>**Po Box 31557**<br>**Billings, MT 59107** | | W | DATE INCURRED:  **08/05/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1.00 |
| ACCT #:  **347008**<br>**Wilshire Credit Corp**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | W | DATE INCURRED:  **1**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __**5**____ of **5**_____ continuation sheets attached to        **Subtotal >**      **$1.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                 **Total >**      **$388,502.15**

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re  **Graciela C. Argote**

Case No.

Chapter        **7**

*AMENDED 11/15/2013*
### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $333,000.00 | | |
| B - Personal Property | No | 5 | $985.00 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $369,009.31 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $388,502.15 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $255.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $1,010.00 |
| | TOTAL | 20 | $333,985.00 | $757,511.46 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re **Graciela C. Argote**

Case No.

Chapter    **7**

*AMENDED 11/15/2013*

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$1.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$1.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$255.00** |
| Average Expenses (from Schedule J, Line 18) | **$1,010.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$250.00** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$36,009.31** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$388,502.15** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$424,511.46** |